# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

U.S.A. 

v.

**Aaron Silberstein Davidson**

CITATION/CASE NO. **6:11mj113 MJS**

**JUDGMENT / ORDER TO PAY**

**FILED**
AUG 2 5 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SOCIAL SECURITY #: **N/A**
DATE of BIRTH: **Jan. 31, 1990**
DRIVER'S LICENSE #: [redacted] — Mexican Dr's lic
ADDRESS: [redacted]
City: **Mexico City**   ~~State~~   ~~Zip Code~~

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: **8/23/2011**    _____ Defendant's Signature

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(X) FINE of $ **750.00**     (X) Penalty ASSESSMENT of $ **20.00**
( ) PROCESSING Fee of $ **50.00**     for a **TOTAL AMOUNT** of $ **820.00**

paid within _____ days / months OR payments of $ _____ per month, commencing _____ and due on the _____ of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
(X) RESTITUTION **$325.00 due on or before 9/23/11**
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

**National Park Service**
**Yosemite National Park, Resource Recovery**
**Account # 8809-0030-630**

Payments **must** be made by Check or Money Order, payable to: Clerk, U.S.D.C. and **mailed to** (circle one):

| CENTRAL VIOLATIONS BUREAU | CLERK, U.S.D.C. | **CLERK, U.S.D.C.** |
| PO Box 70939 | 501 'I' St., #4-200 | **2500 Tulare St., Rm 1501** |
| Charlotte, NC 28272-0939 | Sacramento, CA 95814 | **Fresno, CA 93721** |
| 1-800-827-2982 | | |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: **8/23/2011**    /s/ **Dennis L Beck**
U.S. MAGISTRATE JUDGE

1) Page 1 - Clerk's Office;  2) Page 2 & 3 - for defendant                    EDCA - Rev 3/2007

```
DUPLICATE

Court Name: Eastern District of California
Division: 1
Receipt Number: CAE100016065
Cashier ID: cmarrujo
Transaction Date: 08/23/2011
Payer Name: Aaron Silbertein Davidson
--------------------------------
CRIMINAL DEBT
 For: Aaron Silbertein Davidson
 Case/Party: D-CAE-6-11-MJ-000113-001
 Amount:       $1,145.00
--------------------------------
CASH
 Amt Tendered:  $1,145.00
--------------------------------
Total Due:      $1,145.00
Total Tendered: $1,145.00
Change Amt:     $0.00
```

restitution

Returned Check Fee $45